**STEPTOE LLP**
JULIA B. STRICKLAND (SBN 83013)
jstrickland@steptoe.com
JULIETA STEPANYAN (SBN 280691)
jstepanyan@steptoe.com
ALI FESHARAKI (SBN 316559)
afesharaki@steptoe.com
SHARON K. BROWN (SBN 176706)
shbrown@steptoe.com
2029 Century Park East, 18th Floor
Los Angeles, California 90067-3086
Telephone: (213) 439-9400
Facsimile: (213) 439-9598
Email: *docketing@steptoe.com*

Attorneys for Defendant
  BMW FINANCIAL SERVICES NA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIGRAN PETROSYAN,<br><br>              Plaintiff,<br><br>     v.<br><br>BMW FINANCIAL SERVICES NA, LLC, a Delaware Limited Liability Company; SHELLY AUTOMOTIVE, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>              Defendant. | Case No.  2:24-cv-5393<br><br>**NOTICE OF INTERESTED PARTIES** |

NOTICE OF INTERESTED PARTIES

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for defendant BMW Financial Services NA, LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1.    BMW Financial Services NA, LLC is a wholly owned subsidiary of BMW of North America, LLC, which is a wholly owned subsidiary of BMW (US) Holding Corp.

Dated: June 25, 2024        STEPTOE LLP

By:  */s/ Julieta Stepanyan*
       Julieta Stepanyan

Attorneys for Defendant
  BMW FINANCIAL SERVICES NA, LLC

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2024 a copy of the foregoing **NOTICE OF INTERESTED PARTIES** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Julieta Stepanyan*
Julieta Stepanyan

*Via U.S. Mail*:

Hovanes Margarian, Esq.
Armen Margarian, Esq.
Shushanik Margarian, Esq.
THE MARGARIAN LAW FIRM
462 West Colorado Street
Glendale, CA 91204
Email(s): *hovanesm@margarianlaw.com;*
*armen@margarianlaw.com;*
*shushanik@margarianlaw.com*